■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP SPINNINGER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Brown, J.), rendered August 10, 1983, convicting him of robbery in the first degree and criminal use of a firearm in the first degree, upon a jury verdict, and imposing sentence.

Judgment reversed, on the law and as a matter of discretion in the interest of justice, and new trial ordered (*see, People v La Rosa,* 112 AD2d 954). Gibbons, J. P., Niehoff, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY SULLIVAN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Coffinas, J.), rendered February 22, 1983, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Bracken, Brown and Lawrence, JJ., concur.